Joseph M. Coleman and Lydia J. Coleman, Appellants, vs. Isaac Carkhuff, Appellee.

Appeal from Circuit Court, Duval county; John F. White, Judge.

J. M. Barrs, for Appellants.

Adams & L'Engle, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed because the abstracts of record contain no assignments of error.

Decision *Per Curiam*.